No. 24-1238

# United States Court of Appeals for the Fourth Circuit

_____

RANDALL WILLIAMS, PERSONAL REPRESENTATIVE OF THE ESTATES OF SHANICE R. DANZTLER-WILLIAMS AND MIRANDA R. DANTZLER-WILLIAMS,

AND

BETTY SIMMONS, PERSONAL REPRESENTATIVE OF THE ESTATE OF STEPHANIE DANTZLER,

                        *PLAINTIFFS – APPELLANTS*

V.

CHARLESTON COUNTY SHERIFF'S OFFICE,

                        *DEFENDANT – APPELLEE*

_____

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
No. 2:23-cv-02149-DCN (Hon. David C. Norton)

**DECLARATION OF RICHARD A. HRICIK IN SUPPORT OF APPELLANTS' MOTION FOR JUDICIAL NOTICE**

Richard A. Hricik, Esq.
THE LAW OFFICES OF
RICHARD A. HRICIK, PA
941 Houston Northcutt Blvd. Suite 204
Mt. Pleasant, SC 29464
Richard@CharlestonLawyer.com
P: (843) 849-0136
*Counsel for Appellants*

# **DECLARATION**

WHEREFORE after being fully sworn, deposes and the declarant states as follows:

1. My name is Richard Hricik. I am over the age of eighteen. I am competent to testify, being of sound mind. I have never been convicted of a felony and am in no way disqualified to make this Declaration. The statements in this Declaration are true and correct and are based upon my personal knowledge.

2. I am a licensed attorney of 30 years, the owner of the Law Offices of Richard A. Hricik, P.A., and admitted to the Fourth Circuit Court of Appeals.

3. I accessed the following government websites:

    a. Charleston County: www.CharlestonCounty.org

    b. The South Carolina State Auditor's Office: www.osa.sc.gov

    c. The Insurance Reserve Fund: www.irf.sc.gov

    d. The State Fiscal Accountability Authority

    - Division of Procurement Services: www.procurement.sc.gov

4. At those government websites, I downloaded the attached publicly available documents at the hyperlink provided below, attached true and accurate copies of these documents to this Declaration as Exhibits SA 1-430, and also included a description, link, and relevant excerpt from the document as it relates to the Motion for Judicial Notice

**Exhibit 1    SA 1-229**

Document:   Charleston County 2022 Audited Annual Financial Report
Hyperlink:  www.charlestoncounty.org/departments/finance/files/FY22Acfr/ACFR2022.pdf

Description: Narrative as to Charleston County Risk Management and use of the Insurance Reserve Fund as its insurer for policies purchased by and for County including CCSO. SA 116 (excerpt below):

> **IV. OTHER INFORMATION**
>
> **A.    Risk Management**
>
> The County and its component units are exposed to various risks of loss related to torts; theft of, damage to and destruction of assets; errors and omissions; and natural disasters. For all of these risks, the County and its component units are members of the State of South Carolina Insurance Reserve Fund, a public entity risk pool currently operating as a common risk management and insurance program for local governments. The County and its component units pay an annual premium to the State Insurance Reserve Fund for its general insurance coverage. The State Insurance Reserve Fund is self-sustaining through member premiums and reinsures through commercial companies for certain claims.

**Exhibit 2    SA 230-304**

Document:   Charleston County Government Expenditure Report: July 2021
Hyperlink:  https://www.charlestoncounty.org/departments/finance/files/Reports/Trans-07-_21.pdf

Description: Payments made by Charleston County totaling $1.8 million from its treasury for the 2022 Insurance Policies for all Departments purchased from the State of South Carolina Insurance Reserve Fund. SA 277 (excerpt below)

**Charleston County**
**Transaction Report   07/01/2021 To 07/31/2021**

| VENDOR NAME | INV DATE | DESCRIPTION | ORG KEY | OBJECT | CK AMOUNT | CK DATE |
|---|---|---|---|---|---|---|
| STATE OF SC | 06/17/2021 | INVOICE #I233354...AUTO COMP & | Risk Management | Auto Comp Collision Ins | 368,643.57 | 07/15/2021 |
| STATE OF SC | 06/17/2021 | INVOICE #I233354...AUTO COMP & | Risk Management | Auto Comp Collision Ins | 665.28 | 07/15/2021 |
| STATE OF SC | 05/06/2021 | CREDIT MEMO INVOICE #I232824 | Risk Management | Auto Comp Collision Ins | -780.57 | 07/15/2021 |
| STATE OF SC | 06/01/2021 | CREDIT MEMO INVOICE #I233157 | Risk Management | Auto Comp Collision Ins | -138.57 | 07/15/2021 |
| STATE OF SC | 05/12/2021 | CREDIT MEMO INVOICE #I233168 | Risk Management | Auto Comp Collision Ins | -112.04 | 07/15/2021 |
| STATE OF SC | 06/03/2021 | CREDIT MEMO INVOICE #I233180 | Risk Management | Auto Comp Collision Ins | -41.30 | 07/15/2021 |
| STATE OF SC | 06/14/2021 | CREDIT MEMO INVOICE #I233293 | Risk Management | Auto Comp Collision Ins | -205.98 | 07/15/2021 |
| STATE OF SC | 06/24/2021 | CREDIT MEMO INVOICE #I233468 | Risk Management | Auto Comp Collision Ins | -57.86 | 07/15/2021 |
| STATE OF SC | 06/17/2021 | INVOICE #I233354...GEN TORT LI | Risk Management | Tort Liability Insurance | 1,264,088.00 | 07/15/2021 |
| STATE OF SC | 06/17/2021 | INVOICE #I233354...AUTO LIABIL | Risk Management | Auto Liability Insurance | 603,657.00 | 07/15/2021 |

Page 3 of 6

**Exhibit 3**   SA 305-368

Document: State of South Carolina Auditor's Office Insurance Reserve Fund Audited Financial Statements 2022

Hyperlink: https://osa.sc.gov/wp-content/uploads/2022/09/SC-SFAA-IRF-AFS-6.30.22-5.pdf *(Note: These financial reports are in the record as Exhibit E to the Amended Complaint. ECF 29-5)*

Description: Explains the financial operations of the IRF; its use of premiums, investments, and reinsurance and no State of South Carolina Treasury Risk or appropriations. SA 322 (excerpt below)

> The Fund insures state agencies, school districts, special purpose political subdivisions, county governments and municipal governments in South Carolina. The Fund provides property insurance on governmentally owned buildings, the contents of such buildings, equipment and automobiles. The Fund provides automobile liability insurance on governmentally owned vehicles and school buses, tort liability insurance for government premises and operations, and medical professional liability for hospitals. The Fund is a self-insurer and purchases reinsurance to limit losses in the areas of property insurance, boiler and machinery insurance, and automobile liability insurance.
>
> The Fund collects premiums from participating entities, issues policies, and pays claims incurred under the policies from accumulated premiums and earnings on investments and notes receivable. The premium rates are determined in consultation with the actuary and the SFAA. The Fund allocates the costs of providing claims servicing and claims payments by charging each participant a premium. Interest income is considered in the premium rate setting process.

**Exhibit 4**   SA 369-371

Document: Insurance Reserve Fund – Official Website
Hyperlink: https://www.irf.sc.gov/about_us

Description: The IRF operates like an insurance company, does not receive any appropriations of the State of South Carolina, and uses premiums and investment income to pay claims. SA 370 (excerpt below)

> The Insurance Reserve Fund operates like an insurance company, by issuing policies, collecting premiums (based in consultation with actuaries), and by paying claims from the accumulated premiums in accordance with the terms and conditions of the insurance policies it has issued. The Insurance Reserve Fund uses Willis Towers Watson, as its consulting actuaries in determining rates, IBNR reserves, adequacy of loss reserves, and adequacy of policyholders' equity in making management recommendations to the State Fiscal Accountability Authority regarding the financial management of the Fund. The Insurance Reserve Fund does not receive any appropriations from the General Fund.

| | |
|---|---|
| **Exhibit 5** | SA 372-430 |
| Document: | The State Fiscal Accountability Authority Division of Procurement Services Bid & Contract Award to American Southern Insurance Contract #4400028446 |
| Hyperlink: | [www.procurement.sc.gov/contracts](www.procurement.sc.gov/contracts)<br>Click on SCEIS Contract Search<br>http://webprod.cio.sc.gov/SCContractWeb/contractSearch.do<br>(enter American Southern Insurance) |
| Description: | IRF use of reinsurance for auto policies explained with contract terms that establish no State of South Carolina Treasury Risk or appropriations. SA 391 (excerpt below) |

> g. <u>Vehicles Covered</u> - Governmental entities in the State of South Carolina are authorized, by §1-11-140 of the SC Code of Laws, to self-insure their automobile liability or to purchase automobile liability from the South Carolina Insurance Reserve Fund. The resulting book of Automobile Liability Insurance is made up of all types of governmental entities and provides coverage for a wide variety of motor vehicles.
>
> The IRF is authorized to provide automobile liability insurance for any type of land motor vehicle designed for use primarily on public roads. As of November 30, 2021, the IRF insured 38,344 vehicles for 551 entities. A breakdown of the number of vehicles by type of entity is included in Attachment A - Bidding Attachment Spreadsheet. Approximately 60% of the fleet is made up of private passenger vehicles. The fleet does not include the State-owned fleet of school buses or any of the district-owned school buses (buses used for set daily routes transporting students to and from school) or the single school boat. It does include 186 school district activity buses.
>
> h. <u>Reinsurance Agreement</u> - The IRF will issue a separate automobile liability insurance policy, on IRF paper, to each insured entity. Upon final award of the bid, the successful bidder will reinsure all automobile liability policies issued by the IRF on a blanket, 100% basis. The reinsurer will handle claims on a direct basis with each individual entity.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:      May 1, 2024

                                    Respectfully Submitted,

                                    Richard A. Hricik, Esq.
                                    THE LAW OFFICES OF
                                    RICHARD A. HRICIK, PA
                                    941 Houston Northcutt Blvd. Ste. 204
                                    Mt. Pleasant, SC 29464
                                    Richard@CharlestonLawyer.com
                                    P: (843) 849-0136
                                    *Counsel for Appellants*