FILED: May 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1238
(2:23-cv-02149-DCN)

_____

RANDALL WILLIAMS, Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams; BETTY SIMMONS, Personal Representative of the Estate of Stephanie Dantzler

  Plaintiffs - Appellants

v.

CHARLESTON COUNTY SHERIFF'S OFFICE

  Defendant - Appellee

and

CHARLESTON COUNTY; EMILY PELLETIER; CLINTON SACKS

  Defendants

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for judicial notice and to supplement appendix, the court defers consideration of the motion for judicial notice pending assignment of the case to a panel and denies the motion to supplement the appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk