UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1238
(2:23-cv-02149-DCN)

_____

RANDALL WILLIAMS, Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams; BETTY SIMMONS, Personal Representative of the Estate of Stephanie Dantzler

       Plaintiffs - Appellants

v.

CHARLESTON COUNTY SHERIFF'S OFFICE

       Defendant - Appellee

 and

CHARLESTON COUNTY; EMILY PELLETIER; CLINTON SACKS

       Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to appellants' consent motion to extend time to file petition for rehearing en banc, the court grants the motion and extends the time for filing a petition for rehearing en banc to March 31, 2025.

       For the Court

       /s/ Nwamaka Anowi, Clerk