FILED: September 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1238
(2:23-cv-02149-DCN)

_____

RANDALL WILLIAMS, Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams; BETTY SIMMONS, Personal Representative of the Estate of Stephanie Dantzler

  Plaintiffs - Appellants

v.

CHARLESTON COUNTY SHERIFF'S OFFICE

  Defendant - Appellee

 and

CHARLESTON COUNTY; EMILY PELLETIER; CLINTON SACKS

  Defendants

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

        For the Court

        /s/ Nwamaka Anowi, Clerk