# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 3, 2025

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:   Randall Williams, as Personal Representative of the Estates of
>        Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams,
>        et al.
>        v. Charleston County Sheriff's Office, et al.
>        No. 25-640
>        (Your No. 24-1238)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 1, 2025 and placed on the docket December 3, 2025 as No. 25-640.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst