# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 19, 2026

_____

DOCKET CORRECTION NOTICE

_____

No.    24-1238,    <u>Randall Williams v. Charleston County Sheriff's Office</u>
2:23-cv-02149-DCN

TO:    Charleston County Sheriff's Office

FILING CORRECTION DUE:  May 19, 2026

Please make the correction identified below and file a corrected document by the date indicated.

| |
|---|
| [ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile: [_____]. |
| [X] Incorrect event used. Please refile document using [**Brief entry then select supplemental response from dropdown for type of brief**]. |
| [ ] File proposed amicus brief electronically using the **Amicus Curiae/Intervenor Brief** event. |
| [ ] Incorrect filer selected. Please refile document, selecting correct filer. |
| [ ] PDF file is incompatible with CM/ECF. Please correct and refile the document. |
| [ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF. |
| [ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document. |
| [ ] CD/DVD(s) submitted requires special software for viewing. Re-submit CD/DVD(s) with files accessible from Windows Media Player, Real Player, Adobe Acrobat or Microsoft Office. |
| [ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an |

**application for admission** to practice.

[ ] Document requires signature. Please sign and refile the document.

[ ] The entry "administrative record adopted" must be docketed in this case.

[ ] Other: Please correct as described and refile: [_____].

T. Webb, Deputy Clerk
804-916-2702