FILED: August 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1238
(2:23-cv-02149-DCN)

_____

RANDALL WILLIAMS, Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams; BETTY SIMMONS, Personal Representative of the Estate of Stephanie Dantzler

          Plaintiffs - Appellants

v.

CHARLESTON COUNTY SHERIFF'S OFFICE

          Defendant - Appellee

 and

CHARLESTON COUNTY; EMILY PELLETIER; CLINTON SACKS

          Defendants

-------------------------------

ACLU OF SOUTH CAROLINA

          Amicus Supporting Rehearing Petition

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file an amicus

curiae brief in support of rehearing, the court grants the motion and accepts the amicus brief filed by ACLU of South Carolina.

ACLU of South Carolina is directed to file an appearance form within three days of the date of this order.

Entered at the direction of Judge Harris with the concurrence of Judge Heytens and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk