FILED: August 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1238
(2:23-cv-02149-DCN)

_____

RANDALL WILLIAMS, Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams; BETTY SIMMONS, Personal Representative of the Estate of Stephanie Dantzler

        Plaintiffs - Appellants

v.

CHARLESTON COUNTY SHERIFF'S OFFICE

        Defendant - Appellee

 and

CHARLESTON COUNTY; EMILY PELLETIER; CLINTON SACKS

        Defendants

------------------------------

ACLU OF SOUTH CAROLINA

        Amicus Supporting Rehearing Petition

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under <u>Fed. R. App. P. 40</u> on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Harris, Judge Heytens, and Judge Berner.

For the Court

<u>/s/ Nwamaka Anowi, Clerk</u>